UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NANCY CUTTING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 07-14422 |
| ) | Hon. Patrick J. Duggan |
| FERROUS PROCESSING AND ) | Magistrate Judge Komives |
| TRADING COMPANY, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| **Marla A. Linderman, P-55759** | **John J. O'Shea, P-52009** |
| **Linderman Julien PC** | **Fallucca & O'Shea, P.L.C.** |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
| **116 E. Washington, Suite 150** | **3400 E. Lafayette** |
| **Ann Arbor, MI 48104** | **Detroit, MI 48207** |
| **734-665-8444** | **313-567-7004** |

## STIPULATED ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

This matter having come before the Court upon the stipulation of the Parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice and without costs to any Party.

                                                   s/Judge Patrick J. Duggan
Date: January 20, 2009               United States District Court Judge

I stipulate to entry of the above Order:

| | |
|---|---|
| By: s/Marla A. Linderman | By: s/John J. O'Shea |
| Linderman Julien P.C. | Fallucca & O'Shea, P.L.C. |
| Attorney for Plaintiff | Attorney for Defendant |
| 116 E. Washington St., Ste. 150 | 3400 E. Lafayette |
| Ann Arbor, MI 48104 | Detroit, MI 48207 |
| 734-665-8444 | 313-567-7004 |
| mlinderman@lindermanjulien.com | johnoshea@falluccaoshea.com |
| P55759 | P52009 |